PAUL G. MINOLETTI, ESQ./SBN 118192
pgmlaw@gmail.com
LAW OFFICES OF PAUL G. MINOLETI
1 Waters Park Drive, Suite 210
San Mateo, CA 94403
Telephone: (650) 638-9600
Facsimile: (650) 638-9604

*E-FILED 10-18-2010*

Attorneys for Defendant
MAXIMO PRODUCTS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE, LLC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIMO PRODUCTS LLC, a Washington corporation,<br><br>Defendant. | Case No. CV10-03420 HRL<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS<br><br>[Re: Docket No. 9] |

Counsel report that they had met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Early Neutral Evaluation (ENE) (ADR L.R. 5)

//

//

The parties agree to hold the ADR session by:

January 14, 2011.

DATED: October 7, 2010        LAW OFFICES OF PAUL G. MINOLETTI

By: _____
    PAUL G. MINOLETTI
    Attorneys for
    MAXIMO PRODUCTS LLC

DATED: October 7, 2010        HEFFERNAN SEUBERT & FRENCH

By: _____
    WILLIAM J. FRIMEL
    Attorneys for
    AERIELLE, LLC

[PROPOSED] ORDER

Pursuant to the stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session is January 14, 2011.

IT IS SO ORDERED:

DATED: October 18, 2010        _____
                               UNITED STATES MAGISTRATE JUDGE

                               HOWARD R. LLOYD