**\*E-FILED 07-19-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AERIELLE, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>MAXIMO PRODUCTS, LLC,<br><br>        Defendant.<br>_____/ | No. C10-03420 HRL<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

   This matter is referred to Magistrate Judge Donna M. Ryu for a settlement conference to take place on August 12, 2011. The parties shall contact Judge Ryu's Courtroom Deputy Ivy Garcia at (510) 637-3639 to arrange the details.

   SO ORDERED.

Dated:   July 19, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-03420-HRL Notice has been electronically mailed to:

2  Paul Gerard Minoletti     pgmlaw@gmail.com, valerie.pgmlaw@gmail.com

3  William J. Frimel     bill@hsfllp.com, billfrimel@gmail.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.